**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Elizabeth Marie RUSHING, Defendant-Appellant.**

No. 17-6666

United States Court of Appeals, Fourth Circuit.

Submitted: September 28, 2017

Decided: October 3, 2017

Elizabeth Marie Rushing-Floyd, Appellant Pro Se. Gill Paul Beck, Sr., Assistant

---

* Reynolds moved for reconsideration in only one of the two cases.

United States Attorney, Asheville, North Carolina; William A. Brafford, Jonathan Henry Ferry, OFFICE OF THE UNITED STATES ATTORNEY, Tiffany Mallory Moore, Jennifer A. Youngs, Assistant United States Attorneys, Charlotte, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elizabeth Rushing appeals the district court's order denying her motion for modification of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Rushing,* No. 3:00-cr-00008-FDW-7 (W.D.N.C. Dec. 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*